1  NICOLA T. HANNA
   United States Attorney
2  DAVID M. HARRIS, AUSA
3  Chief, Civil Division
   DAVID K. BARRETT, AUSA
4  Chief, Civil Fraud Section
5  LISA A. PALOMBO, AUSA
   California State Bar No. 169119
6         Room 7516, Federal Building
7         300 North Los Angeles Street
          Los Angeles, CA 90012
8         Telephone: (213) 894-4042
9         Facsimile:  (213) 894-7819
          E-Mail:  lisa.palombo@usdoj.gov
10 Attorneys for the United States

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE ADMINISTRATIVE INSPECTION OF: <br><br> NEW CENTURY PHARMACY <br> DEA Reg. No.: BN7177531 <br> 8227 WOODMAN AVENUE <br> PANORAMA CITY, CA 91402 | Magistrate's Docket Number: <br><br> 2:19-MJ-02987 |

**ADMINISTRATIVE INSPECTION WARRANT RETURN AND INVENTORY**

1. I am returning the attached administrative inspection warrant issued by this Court on July 22, 2019.

2. The inspection was conducted on July 24, 2019, under the authority granted by that administrative inspection warrant. The following materials were removed from the premises of New Century Pharmacy, 8227 Woodman Avenue, Panorama City, CA 91402, and returned to that location on the date indicated:

| Description | Quantity | Location | Removed by | Date returned |
|---|---|---|---|---|
| Official order forms | 90 | Pharmacy | Eva Lew | 08/02/2019 |
| Dispensed drug reports | 4 | Pharmacy | Eva Lew | 08/02/2019 |
| Purchase invoices | 234 | Pharmacy | Eva Lew | 08/02/2019 |
| Schedule 2 quarterly report | 1 | Pharmacy | Eva Lew | 08/02/2019 |
| Prescriptions | 2287 | Pharmacy | Eva Lew | 08/02/2019 |

Dated: August 2, 2019

_____
Eva Lew
Diversion Investigator
Drug Enforcement Administration